```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
LAUREN D. CUSICK, Bar #FL 0014255
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
GUSTAVO ALANIS-ORDUNA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-08-0331-WBS |
|---|---|
| Plaintiff, | ) STIPULATION AND [~~PROPOSED~~] ORDER |
| | ) CONTINUING STATUS CONFERENCE |
| v. | ) |
| GUSTAVO ALANIS-ORDUNA, | ) Date:  September 8, 2008 |
| | ) Time:  8:30 a.m. |
| Defendant. | ) Judge: William B. Shubb |
| _____ | ) |

It is hereby stipulated between the parties, Daniel McConkie, Assistant United States Attorney, attorney for plaintiff, and Lauren D. Cusick, Assistant Federal Defender, attorney for defendant, GUSTAVO ALANIS-ORDUNA, that the status conference hearing date of August 25, 2008 be vacated and continued to September 8, 2008 at 8:30 a.m.

This continuance is requested as negotiations are continuing between the parties and additional time is needed for defense investigation.

It is further stipulated that the period from August 25, 2008 through and including September 8, 2008 should be excluded pursuant to

/ / /

18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: August 21, 2008              Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /s/ Lauren D. Cusick
                                    LAUREN D. CUSICK
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    GUSTAVO ALANIS-ORDUNA

Dated: August 21, 2008              MCGREGOR W. SCOTT
                                    United States Attorney

                                    /s/ Lauren D. Cusick
                                    DANIEL McCONKIE
                                    Assistant U.S. Attorney
                                    per telephonic authorization

**O R D E R**

The status conference is continued to September 8, 2008 at 8:30 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through September 8, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

Dated: August 22, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE